■ SABRIJE SOKOLI et al., Respondents, v QUALITY CARTON, INC., Appellant, and ROBERT S. BLACK, Respondent. [729 NYS2d 888] —Order, Supreme Court, Bronx County (Jerry Crispino, J.), entered September 21, 2000, which, in an action for wrongful death and personal injuries arising out of an automobile accident, denied defendant-appellant's motion to renew its prior motion for summary judgment, unanimously affirmed, without costs.

The motion, which sought consideration of new evidence consisting of corroborating or opining on a police accident report and police photographs of the accident and an autopsy report of plaintiffs' decedent, was properly denied for lack of a reasonable justification for the failure to present such evidence on the prior motion (CPLR 2221 [e] [3]). We would also note that the new evidence does not in any event dispel the issues of fact, which turn largely on credibility. Concur—Nardelli, J. P., Tom, Mazzarelli, Saxe and Friedman, JJ.